CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-260 (RWR) |
| | ) | |
| #1: MARILYN G. ONG | ) | Category   B |
| #2: ILDEFONSO ONG, JR. | ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>May 20, 2008</u> from <u>Judge Richard W. Roberts</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Roberts</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Criminal Case Processing Clerk
U.S. Attorney—Judiciary Square Building, Room 5133
Statistical Clerk